IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LNV CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-0842-CV-W-HFS |
| | ) |
| RANDALL L. ROBB, | ) |
| TIMBERLAND PROPERTIES, INC. | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM TO COUNSEL**

I am aware of the discovery dispute in this deficiency collection case and of plaintiff's contention that discovery regarding value is unnecessary because the Missouri Supreme Court has reaffirmed prior law, not permitting argument over value after a foreclosure sale.

This case has been scheduled for transfer to Judge Wimes. No action by a potential transferor judge seems appropriate at this time, leaving it to Judge Wimes to handle procedurally as he sees fit.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

May  31 , 2012

Kansas City, Missouri